UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| TAMMY JERELENE LASSITER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 2:11-cv-362 |
| v. | ) | *Mattice / Lee* |
| | ) | |
| LARRY POTTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a motion to amend [Doc. 16] filed by Plaintiffs Tammy Jerelene Lassiter and Benny Joe Cornell. Plaintiffs seek to file an Amended Complaint to assert additional facts clarifying their claim as to the policy or custom which caused the alleged harm to Plaintiffs. Defendants Larry Potter, Mike Reece, Johnson County, Tennessee, and Joe Woodard have not filed a timely response in opposition to Plaintiffs' request, and the Court deems Defendants' failure to respond to the motion is a waiver of any opposition to the requested relief pursuant to E.D. Tenn. L.R. 7.2. Defendants the First Judicial Drug Task Force, Jeff Dean, Patrick White, and Starling McCloud also have not filed a timely response to Plaintiffs' request, but in lieu of a response, these Defendants filed a motion to dismiss [Doc. 18] which purports to seek the dismissal of Plaintiffs' proposed Amended Complaint. Under the circumstances, the Court will likewise deem the failure of these Defendants to respond to the motion as a waiver of opposition to Plaintiffs' requested relief.

Accordingly, Plaintiffs' Motion for Leave to Amend [Doc. 16] is **GRANTED**. Plaintiffs are **ORDERED** to file the Amended Complaint within **14 days** of this Order.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE